ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Trident Vantage Systems, LLC                   )    ASBCA No. 63851-ADR
                                               )
Under Contract No. NNG15CR65C                  )

APPEARANCES FOR THE APPELLANT:        J. Travis Pittman, Esq.
                                       Yuki Haraguchi, Esq.
                                        Holmes, Pittman & Haraguchi, LLP
                                        Chester, MD

APPEARANCES FOR THE GOVERNMENT:       Scott W. Barber, Esq.
                                        NASA Chief Trial Attorney
                                       Marla R. Harrington, Esq.
                                       Olga M. Petrovskikh, Esq.
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 22, 2024

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63851-ADR, Appeal of Trident Vantage Systems, LLC, rendered in conformance with the Board's Charter.

Dated:  August 23, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services